UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DANIEL C. WENDT,

    Plaintiff,

v.                                                       Case No. 18-cv-1329-pp

PROSHIP, INC.,

    Defendant.

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO REMAND CASE TO STATE COURT (DKT. NO. 22)**

---

On July 26, 2018, the plaintiff filed a complaint in Waukesha County Circuit Court. About a month later, the defendant filed a notice of removal under 28 U.S.C. §§1332, 1441 and 1446. Dkt. No. 1. In anticipation of the Rule 16 scheduling conference, the court ordered the defendant to show cause why this federal court had subject-matter jurisdiction under 28 U.S.C. §1332. Dkt. No. 21. Three days later, the defendant filed an unopposed motion to remand the case to Waukesha County Circuit Court. Dkt. No. 22. The motion indicated that after discussion, the parties had agreed that the court should remand the case. It concluded that the parties "hereby stipulate that the case be remanded to Waukesha County Circuit Court." Id. at 2.

The court **GRANTS** the defendant's unopposed motion to remand. Dkt. No. 22. The court **ORDERS** that the clerk's office shall **REMAND** this case to the Circuit Court for Waukesha County Wisconsin (Daniel C. Wendt v. ProShip,

1

Inc., Case No. 2018CV1347), effective immediately. The clerk's office shall **CLOSE** this federal case upon remand.

Dated in Milwaukee, Wisconsin this 26th day of November, 2018.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**United States District Judge**